Joseph Paul Demarco #CB1358
Name and Prisoner/Booking Number

California Correctional Institution
Place of Confinement

P.O. Box 1906
Mailing Address

Tehachapi, California, 93581
City, State, Zip Code

FILED
Aug 21, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

Joseph Paul Demarco
(Full Name of Plaintiff)       Plaintiff,

v.

(1) Officer Chiara (Badge #1292)
(Full Name of Defendant)
(2) Officer Murphy
(3) Officer John Doe #1
(4) Officer John Doe #2
                Defendant(s).
☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 1:25-cv-01051 HBK PC
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: Sacramento County main Jail

(5) John Doe #3
(Full Name of Defendant)

(1a)

## B. DEFENDANTS

1. Name of first Defendant: <u>Officer Chiara (Badge #1292)</u>. The first Defendant is employed as: <u>Correctional Officer</u> at <u>Sacramento County Main Jail</u>.
   (Position and Title)                                (Institution)

2. Name of second Defendant: <u>Officer Murphy</u>. The second Defendant is employed as: <u>Correctional Officer</u> at <u>Sacramento County Main Jail</u>.
   (Position and Title)                                (Institution)

3. Name of third Defendant: <u>John Doe #1</u>. The third Defendant is employed as: <u>Correctional Officer</u> at <u>Sacramento County Main Jail</u>.
   (Position and Title)                                (Institution)

4. Name of fourth Defendant: <u>John Doe #2</u>. The fourth Defendant is employed as: <u>Correctional Officer</u> at <u>Sacramento County Main Jail</u>.
   (Position and Title)                                (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?    ☐ Yes    ☒ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

(1) Name of fifth defendant: John Doe #3
The fifth defendant is employed as:
Correctional Officer    at: Sacramento County Main Jail
(Position and Title)

Defendants #1, 2, 3, 4, and 5 all sued in their individual capacity

(2b.)

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: <u>Excessive Force,</u> <u>(Equal Protection, U.S. Constitution, 14th Amendment)</u>

2. Claim I. Identify the issue involved. Check only one. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   During all times and dates in the following civil complaint narrative, plaintiff was a pre-trial detainee at Sacramento County Main Jail, housed in 4 West 300 pod. On or around September 27th, 2024, Correctional officer Chiara (Badge #1292) and Correctional officer Murphy (hereafter C/O Chiara and C/O Murphy respectively) came to plaintiffs' cell and ordered him to come with them, which plaintiff complied with. Plaintiff was not told where he was being taken or for what reason. Plaintiff was frisk/pat searched two different times before being taken to booking in Sacramento County Main Jail, upon which C/O Chiara ordered plaintiff to submit to an X-ray scan to scan for 1 pair of missing fingernail clippers. Plaintiff was cooperative and complied with the order. No fingernail clippers were revealed in the X-ray scan; a small anomaly was ascertained in the scan, which was determined to be plaintiffs scrotum piercing.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Assault/Battery, Physical Back, Shoulder & Neck injury.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

Plaintiff informed C/O Chiara that it was his scrotum piercing and that he had been allowed to retain it by booking officers upon intake into the Jail.

C/O Chiara then ordered plaintiff to submit to an unclothed body/cavity inspection, escorting plaintiff to a small holding cell in booking. C/O Murphy, Correctional Officer John Doe #1, Correctional Officer John Doe #2, and Correctional Officer John Doe #3 (hereafter C/O John Doe #1, C/O John Doe #2, C/O John Doe #3) accompanied C/O Chiara to the holding cell. C/O Chiara ordered plaintiff to turn around and face away from him and remove his shirt. Plaintiff complied. C/O Chiara then told plaintiff "next piece of clothing", and plaintiff began to remove his pants, stating "Here, I can just show you"; when plaintiff's pants were down to his ankles, while he was bent over and his back to C/O Chiara, C/O Chiara physically assaulted/battered plaintiff by grabbing him by the back of the neck and forcefully shoving him forward, slamming plaintiff headfirst into a cement wall. C/O Chiara grabbed plaintiff's right arm and C/O Murphy grabbed plaintiff's left arm, simultaneously wrenching them both behind plaintiff's back and exerting extreme upward force, causing plaintiff excruciating pain and what plaintiff describes as "rubber bands ripping" in his shoulder (right shoulder), with extreme pain slicing through his shoulder, arm, neck and head.

(3a)

Plaintiff lost consciousness at this point. When plaintiff regained consciousness, c/o Chiara and c/o Murphy still had plaintiff's arms wrenched behind his back, his face was pressed painfully into the cement wall, and he felt an officers knee or foot dug into his back on his spine. Plaintiff began to fear for his life and did not understand why he was being assaulted/battered. c/o Chiara and c/o Murphy pulled plaintiff to his feet by his arms, which were still wrenched excruciatingly behind his back. Plaintiff was extremely dizzy, disoriented, & in extreme pain, and when he looked up, c/o John Doe #1, c/o John Doe #2, and c/o John Doe #3 were smirking and laughing, watching the incident unfold. Plaintiff asked all three John Doe officers "what, you guys are just going to stand there and watch this?". All three John Doe officers failed to intervene in any way, shape or form. c/o Chiara and c/o Murphy released plaintiff's arms, and c/o Chiara told plaintiff to "Pull your fucking pants up"; plaintiff remained cooperative and compliant. c/o Chiara then resumed the unclothed body/cavity inspection, ordering plaintiff to remove his pants, boxers and socks, squat and cough while spreading his buttocks, and lift his nutsack and show c/o Chiara his piercing. c/o Chiara then ordered plaintiff to put his clothes back on, saying "Now put your fucking clothes back on. I've seen enough asshole for today.

(3b)

you do what I say, how I say it, when I say it." Plaintiff remained compliant, and felt humiliated, ashamed, and feared renewed attacks by c/o Chiara and c/o Murphy. Plaintiff remained cooperative and compliant.

When plaintiff had dressed himself, he noticed he was bleeding from his head due to it striking the cement wall, when he felt his head and his fingers came away bloody. Plaintiff informed c/o Chiara and c/o Murphy that he had a clearly obvious head injury and that his shoulder was in excruciating and that he could not move it, requesting medical attention. C/o Chiara told plaintiff "I am not calling medical. If you listen to what I say, shit like this won't happen." C/o Chiara and c/o Murphy cuffed plaintiff in the front due to his shoulder injury, and escorted him back to his housing unit without further incident.

The missing fingernail clippers were never recovered from plaintiffs person or living quarters. Since being assaulted/battered by c/o Chiara and c/o Murphy on or around September 27th, 2024, plaintiff has experienced severe headaches nearly daily, tinnitus, bouts of confusion and disorientation, insomnia, fatigue, severe depression coupled with suicidal ideation, anxiety and other psychiatric disorders. He experiences chronic neck, back and shoulder pain and has been put on mobility restriction with a

(3c)

19 pound lifting restriction by his doctor.

The assault and battery on plaintiff by c/o Chiara and c/o Murphy violates the 14th Amendment of the U.S Constitutions excessive force clause as well as the equal protection clause of the 14th amendment due to plaintiffs status as a pre-trial detainee, as it served no non-punitive governmental interest or any other peneological interest.

c/o John Doe #1, c/o John Doe #2, and c/o John Doe #3, as well as c/o Murphys failure to intervene on the assault and battery of plaintiff violates the U.S. Constitutions 14th Amendment equal protection clause, as they all had an obvious opportunity to intervene on plaintiffs behalf, as well as a duty to intervene.

At all times of the aforementioned complaint, all defendants (c/o Chiara, c/o Murphy, c/o John Doe #1, c/o John Doe #2, c/o John Doe #3) were acting under color of state laws, at their place of employment and during their times of employment, while conducting their duties as correctional officers.

c/o Chiara and c/o Murphy denying plaintiff medical attention to an obvious and serious medical need violates plaintiffs right to medical care under the U.S. Constitutions 14th Amendment equal protection clause.

(3d)

## CLAIM II

1. State the constitutional or other federal civil right that was violated: Equal Protection U.S. Constitution 14th Amendment

2. **Claim II.** Identify the issue involved. Check only one. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: Failure to intervene

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   (See Claim I Supporting Facts)

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim II?   ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level?   ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.

4

## CLAIM III

1. State the constitutional or other federal civil right that was violated: <u>Equal Protection U.S Constitution 14th Amendment</u>

2. Claim III. Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: <u>Failure to Provide Medical</u>

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   <u>See Claim #1 Supporting facts.</u>

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim III? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

5

## E. REQUEST FOR RELIEF

State the relief you are seeking:

Compensatory damages in the amount of $1.5 million Punitive damages in the amount of $7 million Collectively.

Lifetime Medical Insurance/care

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 8-7-2025
DATE

SIGNATURE OF PLAINTIFF

Ezra K. Williams #AF1812
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.