Name: Joseph Paul Demarco
CDC No: CB1358
Address: P.O Box 1906
Tehachapi, California, 93581

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Joseph Paul Demarco

Plaintiff/Petitioner,

v.

Officer Chiara (Badge# 1292)
et. al.

Defendants/Respondent.

CASE NUMBER: 1:25-cv-01051 HBK PC

APPLICATION TO PROCEED
IN FORMA PAUPERIS
BY A PRISONER

I, Joseph Demarco, declare that I am the plaintiff in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the complaint.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   X Yes   __ No   (If "no" DO NOT USE THIS FORM)

   State the place of your incarceration. California Correctional Institution

2. Are you currently employed (includes prison employment)?   __ Yes   X No

   a. If the answer is "yes" state the amount of your pay. _____

3. Have you received any money from the following sources over the last twelve months?

   a. Business, profession, or other self-employment:   __ Yes   X No
   b. Rent payments, interest or dividends:              __ Yes   X No
   c. Pensions, annuities or life insurance payments:    __ Yes   X No
   d. Disability or workers compensation payments:       __ Yes   X No
   e. Re Gifts or inheritances:                          __ Yes   X No
   f. Any other sources:                                 __ Yes   X No

   If the answer to any of the above is "yes," describe by that item each source of money, state the amount received, as well as what you expect you will continue to receive (attach an additional sheet if necessary).

4. Do you have cash (includes balance of checking or savings accounts)? ___ Yes ✗ No

   If "yes" state the total amount: _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property? ___ Yes ✗ No

   If "yes" describe the property and state its value: _____

6. Do you have any other assets? ___ Yes ✗ No

   If "yes," list the asset(s) and state the value of each asset listed: _____

7. List all persons dependent on you for support, stating your relationship to each person listed and how much you contribute to their support.

   _____
   _____

**This form must be dated and signed below for the court to consider your application.**

I hereby authorize the agency having custody of me to provide a certified copy of my trust account statement for activity covering the last six months to the Court. Additionally, once eligibility is established, I further authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. § 1915(b)(2).

8-7-2025
DATE

SIGNATURE OF APPLICANT

Applicant's CDCR Number (Mandatory for CDCR Applicants): CB1358

**CERTIFICATION BELOW IS TO BE COMPLETED BY NON-CDCR INCARCERATED PRISONERS ONLY**

CERTIFICATE
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ 70.22 on account to his/her credit at _____CCI_____ (name of institution). I further certify that during the past six months the applicant's average monthly balance was $ 58.00 . I further certify that during the past six months the average monthly deposits to the applicants account was $ 90.00 .
(Please attach a certified copy of the applicant's trust account statement showing transactions for the past six months.)

8/18/25
DATE

SIGNATURE OF AUTHORIZED OFFICER

| Date\Time: 8/18/2025 1:55:32 PM | CDCR | Verified: |
|---|---|---|
| Institution: CCI | **Inmate Statement Report** | |

| Start Date: | 2/18/2025 | Revalidation Cycle: | All |
|---|---|---|---|
| End Date: | 8/18/2025 | Housing Unit: | All |
| Inmate/Group#: | CB1358 | | |

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
By: AUG 1 8 2025
TRUST OFFICE

1

Date\Time: 8/18/2025 1:55:32 PM  
Institution: CCI

# CDCR Inmate Statement Report

Verified:

| CDCR# | Inmate/Group Name | Institution | Unit | Cell/Bed |
|---|---|---|---|---|
| CB1358 | DEMARCO, JOSEPH | CCI | B 004B1 | 109001 |

**Current Available Balance:** $70.22

## Transaction List

| Transaction Date | Institution | Transaction Type | Source Doc# | Receipt#/Check# | Amount | Account Balance |
|---|---|---|---|---|---|---|
| 02/18/2025 | NKSP | BEGINNING BALANCE | | | | $0.00 |
| 05/25/2025 | NKSP | JPAY | 0000000180220126 | | $20.00 | $20.00 |
| 05/27/2025 | NKSP | JPAY | 0000000180268113 | | $20.00 | $40.00 |
| 05/27/2025 | NKSP | INMATE DEPOSIT | 052725/SAC34454 | 14833 | $4.37 | $44.37 |
| 06/02/2025 | NKSP | JPAY | 0000000180429000 | | $120.00 | $164.37 |
| 06/11/2025 | NKSP | SALES | 65 | | ($90.55) | $73.82 |
| 06/16/2025 | NKSP | JPAY | 0000000180879723 | | $20.00 | $93.82 |
| 06/23/2025 | NKSP | JPAY | 0000000181045631 | | $100.00 | $193.82 |
| 07/09/2025 | CCI | TRACS TRANSFER IN | TX07092025 | | $193.82 | $193.82 |
| 07/09/2025 | NKSP | TRACS TRANSFER OUT | TX07092025 | | ($193.82) | $0.00 |
| 07/14/2025 | CCI | KIOSK REQUEST - GTL | | | ($5.00) | $188.82 |
| 07/16/2025 | CCI | SALES | 21 | | ($143.75) | $45.07 |
| 07/19/2025 | CCI | KIOSK REQUEST - GTL | | | ($5.00) | $40.07 |
| 07/22/2025 | CCI | SALES | 40 | | ($6.00) | $34.07 |
| 08/06/2025 | CCI | KIOSK REQUEST - GTL | | | ($5.00) | $29.07 |
| 08/07/2025 | CCI | KIOSK REQUEST - GTL | | | ($5.00) | $24.07 |
| 08/08/2025 | CCI | JPAY | 0000000182409114 | | $60.00 | $84.07 |
| 08/14/2025 | CCI | JPAY | 0000000182581144 | | $200.00 | $284.07 |
| 08/14/2025 | CCI | DIRECT ORDER PAYMENT | 0000000182581144 | | ($100.00) | $184.07 |
| 08/14/2025 | CCI | KIOSK REQUEST - GTL | | | ($5.00) | $179.07 |
| 08/14/2025 | CCI | SALES | 24 | | ($103.85) | $75.22 |
| 08/15/2025 | CCI | KIOSK REQUEST - GTL | | | ($5.00) | $70.22 |

## Encumbrance List

| Encumbrance Type | Transaction Date | Amount |
|---|---|---|

**No information was found for the given criteria.**

## Obligation List

| Obligation Type | Court Case# | Original Owed Balance | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|

**No information was found for the given criteria.**

## Restitution List

| Restitution | Court Case# | Status | Original Owed Balance | Interest Accrued | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|---|---|
| DIRECT ORDER | 24FE010318 | Active | $15,904.50 | $0.00 | ($100.00) | $15,804.50 |

[Stamp: ATTEST: THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE. CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION TRUST OFFICE By: [signature] AUG 1 8 2025]

2